IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN GLADDEN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| | : | NO. 10-5475 |
| v. | : | |
| | : | |
| HILDA SOLIS, SECRETARY | : | |
| UNITED STATES DEPARTMENT | : | |
| OF LABOR | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this 9th day of June, 2011, IT IS HEREBY ORDERED that defendant's motion to dismiss (Document No. 10) is **GRANTED.** The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

 /s/ Lawrence F. Stengel_____
LAWRENCE F. STENGEL, J.